## MEMORANDUM DECISIONS.

ASBESTOS PULP CO., Respondent, v. GARDNER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by Asbestos Pulp Company against Lawson M. Gardner, impleaded, etc. No opinion. Motion denied, without costs. All concur, except ADAMS, J., not voting. See 57 N. Y. Supp. 353.

BACHRACH, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1899.) Action by William Bachrach against the Nassau Electric Railroad Company. No opinion. Judgment and order affirmed, on argument, with costs. See 54 N. Y. Supp. 958.

BALFORD, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 19, 1899.) Action by Lillian Balford, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

BANEDETTO, Appellant, v. BANKER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 6, 1899.) Action by John Banedetto, as administrator, etc., against Arthur M. Banker and E. Brown Baker. No opinion. Motion denied, with $10 costs.

BANNIN v. GOLDBERG. (Supreme Court, Appellate Division, First Department. May 5, 1899.) Action by Michael E. Bannin against E. Townsend Goldberg. No opinion. Reference ordered.

BARBER, Appellant, v. LANE, Respondent. (Supreme Court, Appellate Term. May 24, 1899.) Action by Simeon Barber against James T. Lane. From a judgment for defendant, plaintiff appeals. Reversed. Joseph M. Allen, for appellant. Stephen J. Stillwell, for respondent.

LEVENTRITT, J. The only question presented on this appeal is the allowance of certain credits to the defendant in an action brought against him by the plaintiff for goods sold and delivered. The amount of the sales was admitted, but the balance due on the running account between the parties was disputed. The plaintiff claimed that, after giving the defendant credit for all items to which he was entitled, there remained an unpaid balance of $153.96. The defendant claimed that this sum should be reduced by payments, value of returned merchandise, and agreed allowances not credited. Judgment was rendered for the plaintiff for $22.48. The record is barren of proof to sustain the reduction of plaintiff's claim to that extent. Were we able from the return to discover with accuracy the true balance of account, we would modify the judgment accordingly. But the evidence was presented in such a disjointed and unsatisfactory manner that, beyond disclosing a complete failure to prove the full amount of credits allowed, it is inconclusive. The judgment must be reversed, and a new trial ordered. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event. All concur.

BATEMAN, Appellant, v. AUSTIN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by Daniel Bateman against Frank A. Austin and others. No opinion. Judgment and order affirmed, with costs.

BECKER, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 6, 1899.) Action by George C. Becker against the Syracuse Rapid Transit Railway Company. No opinion. Judgment and order affirmed, with costs.

BELL, Appellant, v. MILLER, Respondent. (Supreme Court, Appellate Division, Third Department. May 3, 1899.) Action by Helene S. Bell against John H. Miller. No opinion. Order affirmed, with $10 costs and disbursements.

BIBBEY et al., Appellants, v. COLLINS, Respondent. (Supreme Court, Appellate Division, Third Department. May 3, 1899.) Action by Leonard Bibbey and others against Courtney S. Collins, as sheriff. No opinion. Judgment affirmed, with costs.

BIEL, Appellant, v. ROCHESTER CARTING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. June 6, 1899.) Action by Josephine K. Biel, as administratrix, etc., against the Rochester Carting Company. No opinion. Judgment affirmed, with costs.

BIRKLAND, Appellant, v. THIRD AVE. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 5, 1899.) Action by Noble N. Birkland against the Third Avenue Railroad Company. I. N. Williams, for appellant. C. Seasongood, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.